**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed October 11, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00260-CR

_____

## MICHELLE ORDUNA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 450th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-DC-17-904059**

## M E M O R A N D U M   O P I N I O N

Appellant Michelle Orduna has signed and filed a written motion to withdraw her notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's motion and dismiss the appeal.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and Brown
Do Not Publish – Tex. R. App. P. 47.2(b)